# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No:   2:13–cv–04895–R–VBK             Date:   9/23/2013

Title:   FARMERS &MERCHANTS TRUST COMPANY V. CITI HEDGE FUND SERVICES NORTH AMERICA, INC. ET AL

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                              Not Present

PROCEEDINGS:     ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR ON October 7, 2013 at 11:00 AM FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II
CIVIL – GEN                                                                     Initials of Deputy Clerk:  wh